IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| MERRILL TODD, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:12cv589-MHT |
| | ) | (WO) |
| CITY OF LAFAYETTE, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

### ORDER

By agreement of the parties, it is ORDERED that the motions for summary judgment (doc. nos. 51, 54, & 65) are granted to the extent that defendants Jerome Bailey, Larry Clark, Terry Woods, and Steve Smith are dismissed in their official capacities.  Said motions are still pending as to whether they should be dismissed in their individual capacities.

DONE, this the 12th day of March, 2013.

                        /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE