IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| MERRILL TODD, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:12cv589-MHT |
| ) | (WO) |
| CITY OF LAFAYETTE, et al., ) | |
| ) | |
|     Defendants. ) | |

## JUDGMENT

Based on the plaintiff's filing (doc. no. 61) at ¶ 3, it is the ORDER, JUDGMENT, and DECREE of the court that defendants Mike Petrey and Michael Parrish and the claims against them are dismissed.  Defendants Petrey and Parrish are terminated as parties.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 12th day of March, 2013.

                      /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE