IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| MERRILL TODD, )<br>)<br>    Plaintiff, )<br>)<br>    v.       )<br>)<br>CITY OF LAFAYETTE, )<br>ALABAMA, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>3:12cv589-MHT<br>(WO) |

### ORDER

It is ORDERED that, in light of the court's backlog, the motion for ruling (doc. no. 113) is granted to the extent that the resolution of this case will be given all priority, with the intent of a ruling on the pending dispositive motions within 30 days.

DONE, this the 13th day of November, 2017.

                              /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**