IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| MERRILL TODD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:12cv589-MHT |
| | ) | (WO) |
| CITY OF LAFAYETTE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant City of LaFayette's motion for summary judgment (doc. no. 51) is granted. Said motion remains pending as to other defendants.

(2) Summary judgment is entered in favor of defendant City of LaFayette and against plaintiff Merrill Todd, with plaintiff Todd taking nothing by his complaint

against defendant City of LaFayette. Defendant City of LaFayette is terminated as a party.

It is further ORDRERED that, as to defendant City of LaFayette, costs are taxed against plaintiff Todd.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 12th day of December, 2017.

                            /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE