IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| MERRILL TODD, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:12cv589-MHT |
| | ) | (WO) |
| JEROME BAILEY, in his | ) | |
| individual capacity, | ) | |
| et al., | ) | |
| | ) | |
|     Defendants. | ) | |

### JUDGMENT

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The defendants Jerome Bailey, Larry Clark, Terry Wood, and Steve Smith's motions for summary judgment (doc. nos. 51, 54, & 65) are denied to the following extent: The federal claim against defendant Wood and the state claim against defendant Smith. These two claims against these two defendants will go to trial.

(2) Said motions for summary judgment are granted to the following extent: The federal claim against defendants Bailey and Clark and the state claim against defendants Bailey, Clark, and Wood.

(3) Judgment is entered in favor of defendants Bailey and Clark on the federal claim and defendants Bailey, Clark, and Wood on the state claims, and against plaintiff Merrill Todd to this extent, with the plaintiff Todd taking nothing by his complaint to this extent.

(4) Because no claims remain against defendants Bailey and Clark, they are dismissed and terminated as parties.

It is further ORDERED that, as to claims against defendants Bailey and Clark, costs are taxed against plaintiff Todd, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 6th day of April, 2018.

                    /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**