# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| MERRILL TODD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:12cv589-MHT |
| | ) | (WO) |
| TERRY WOODS and STEVE SMITH, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of defendants' motion to stay pending interlocutory appeal (doc. no. 144), it is ORDERED that:

(1) The motion is granted.

(2) This case is stayed pending the resolution of the interlocutory appeal.

(3) The pretrial and trial dates, and all other deadlines tied to those dates, are continued generally.

(4) This case is closed administratively pending appeal.

DONE, this the 11th day of May, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**