IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| MERRILL TODD,            ) | |
| )                        | |
| Plaintiff,            )  | |
| )                        | CIVIL ACTION NO. |
| v.                    )  | 3:12cv589-MHT |
| )                        | (WO) |
| TERRY WOODS and STEVE ) | |
| SMITH,                ) | |
| )                        | |
| Defendants.           ) | |

**JUDGMENT**

Pursuant to the joint stipulation of dismissal (doc. no. 147), it is the ORDER, JUDGMENT, and DECREE of the court that (1) the stay is dissolved and the case is reopened; and (2) this cause is dismissed in its entirety with prejudice and with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed again.

DONE, this the 21st day of August, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**